## 35114. JOHNSON v. PRYOR et al.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur, except Jordan, J., who dissents.*

ARGUED JULY 11, 1979 — DECIDED SEPTEMBER 10, 1979.

*Richard T. Bridges, Alan W. Connell,* for appellant.
*Tom E. Lewis, Forrest A. Watson, Jr.,* for appellees.